IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DON HAMRICK                                                 PLAINTIFF

v.                      No. 4:20-cv-486-DPM

ASA HUTCHINSON, Governor;
JAMES M. MOODY, Federal Judge;
CLAYTON HIGGINS, Case Analyst,
SCOTUS; DAVID SACHAR, Director,
Judicial Discipline Commission; STARK
LIGON, Director, Office of Professional
Responsibility; ROBERT EDWARDS, Judge,
White County Circuit Court; MARK DERRICK,
Judge; MILAS HALE, Judge; DON RANEY,
Prosecutor; JOHN POLLARD, Chief of Police,
City of Kensett, Arkansas; CHRISTINA
ALBERSON, Mayor's Assistant and Clerk,
Kensett District Clerk; LAURA BALLENTINE,
Clerk, Kensett Water Department; MID-SOUTH
HEALTH SYSTEMS                             DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice. The criminal cases, № 8, are remanded to the District Court of Kensett, Arkansas.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2020